UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20200-CR-COOKE

UNITED STATES OF AMERICA

Vs.

**EVENS JACQUES**
_____/

### NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable MARCIA G. COOKE, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **August 8, 2018, at 10:30 a.m.** for imposition of sentence. On that date, report to the U.S. District Courthouse, Courtroom 11-2, 400 North Miami Avenue, Miami, FL 33128-1810, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Pre-sentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL IS TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO THE 9TH FLOOR OF THE COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution of the Pre-sentence Report.

Steven Larimore, Clerk of Court

By: Ivan Marchena
Courtroom Deputy Clerk

**DATE: 5/23/18**
**AUSA: Jessica Obenauf**
**COUNSEL: Larry McMillan, Esq.**

GUILTY PLEA: _X_              BOND: _X_
TRIAL: __                      USM/FEDERAL CUSTODY: __
TO COUNT (S): _2, 3_